UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JAMES G. CORLEY,

                                                    Plaintiff,

                                                                        **NOTICE OF MOTION *IN***
                  -against-                                              ***LIMINE***

P.O. NABEEL SHAHID, et al.,
                                                                        13-CV-4743 (BMC)
                                                    Defendants.

------------------------------------------------------------------------X


**PLEASE TAKE NOTICE** that defendants City of New York, Police Officer

Nabeel Shahid, Police Officer Cyril Abraham, Police Officer Ronald Moss, Police Officer James

Campbell, Captain Roderick Dantini, and Sergeant Shunping Mao, will move this Court before the

Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the

Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, in

advance of trial scheduled on a date yet to be determined, for an Order pursuant to the Federal Rules

of Evidence to exclude certain evidence at trial, and for further rulings regarding the admissibility

of certain evidence, and relief as this Court deems just, proper, and equitable.


Dated:        New York, New York
              April 4, 2014

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2325

                                By:     _____
                                        Noreen Stackhouse
                                        Assistant Corporation Counsel

-2-

To:    Alan D. Levine, Esq. (by ECF)
Law Offices of Alan D. Levine
*Attorney for Plaintiff*
80-02 Kew Gardens Road, Suite 302
Kew Gardens, New York 11415